IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LAWRENCE M. MAGDOVITZ, III, A Minor Child,
By And Through LAWRENCE M. MAGDOVITZ, II,
Parent And Natural Guardian And
LAWRENCE M. MAGDOVITZ                                          PLAINTIFFS

VS.                                    CIVIL ACTION NUMBER 2:07-cv-0059-WAP-EMB

PRAETORIAN INSURANCE COMPANY, Formerly
INSURANCE CORPORATION OF HANNOVER,
And BERKLEY RISK ADMINISTRATORS COMPANY, LLC          DEFENDANTS

## ORDER

This cause comes before the Court pursuant to Rule 16.1(B)(2)(b) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> [a] motion to remand . . . shall stay the attorney conference and
> disclosure requirements and all discovery not relevant to the remand...
> and shall stay the parties' obligation to make disclosures pending the
> court's ruling on the motion.

In the instant case, a motion to remand [doc. 7] was filed by plaintiffs on April 19, 2007; therefore the above noted proceedings, including the case management conference, shall be stayed pending the Court's ruling on the motion to remand. Therefore, it is

**ORDERED:**

That proceedings outside the briefing of the motion to remand are hereby **STAYED**. The parties shall notify the undersigned within ten (10) days of the Court's ruling in the event the motion to remand is denied.

**THIS**, the 19th day of April, 2007.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE